**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter  __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Avail Trading Corp., a California Corporation |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | ATC Brokers |
| 3. | Debtor's federal Employer Identification Number (EIN) | 20-3313734 |
| 4. | Debtor's address | **Principal place of business**<br>655 N. Central Ave. Ste. 1450<br>Glendale, CA 91203<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.atcbrokers.com |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor   **Avail Trading Corp., a California Corporation**         Case number (*if known*) _____
      Name

**7. Describe debtor's business**   A. *Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*
- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
    5231

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check all that apply*:
   - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
   - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   - [ ] A plan is being filed with this petition.
   - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to *Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
- [x] No.
- [ ] Yes.

If more than 2 cases, attach a separate list.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- [ ] No
- [x] Yes.

List all cases. If more than 1, attach a separate list

Debtor   **David Manoukian**                      Relationship to you   **Equity Holder**
District   **Central District of California**    When   **2/1/16**   Case number, if known   **16-bk-11202-DS**

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 2

Debtor  **Avail Trading Corp., a California Corporation**　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

**11. Why is the case filed in this district?**

*Check all that apply:*

- [✓] Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- [✓] No
- [ ] Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

- [ ] It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- [ ] It needs to be physically secured or protected from the weather.
- [ ] It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- [ ] Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
- [ ] No
- [ ] Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- [✓] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- [✓] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

**15. Estimated Assets**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [✓] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [ ] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

**16. Estimated liabilities**

- [ ] $0 - $50,000
- [ ] $50,001 - $100,000
- [ ] $100,001 - $500,000
- [ ] $500,001 - $1 million
- [✓] $1,000,001 - $10 million
- [ ] $10,000,001 - $50 million
- [ ] $50,000,001 - $100 million
- [ ] $100,000,001 - $500 million
- [ ] $500,000,001 - $1 billion
- [ ] $1,000,000,001 - $10 billion
- [ ] $10,000,000,001 - $50 billion
- [ ] More than $50 billion

Debtor   Avail Trading Corp., a California Corporation                        Case number (*if known*) _____
         Name

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 9, 2016**
              MM / DD / YYYY

X  **/s/ Brian Weiss**                                        **Brian Weiss**
   Signature of authorized representative of debtor              Printed name

   Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X  **/s/ Aram Ordubegian**                                    Date  **February 9, 2016**
   Signature of attorney for debtor                                  MM / DD / YYYY

**Aram Ordubegian**
Printed name

**Arent Fox LLP**
Firm name

**555 West Fifth Street**
**48th Floor**
**Los Angeles, CA 90013**
Number, Street, City, State & ZIP Code

Contact phone  **213-629-7400**          Email address  **aram.ordubegian@arentfox.com**

**SBN 185142, CA**
Bar number and State

## UNANIMOUS WRITTEN RESOLUTION OF BOARD OF DIRECTORS

## OF AVAIL TRADING CORPORATION DBA ATC BROKERS,

## AUTHORIZING FILING OF A VOLUNTARY PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Whereby a quorum of the Board of Directors (the "Board") held on February 3, 2016, the Board voted unanimously to authorize Jack Manoukian to file a voluntary petition under chapter 11 of the United States Bankruptcy Code on or before February 15, 2016.

In furtherance of such authorizations the undersigned members of the Board do hereby enact the following resolutions by unanimous written consent by signing below"

**Resolved**, that Jack Manoukian in his sole capacity is hereby authorized to determine based upon subsequent events and advice of counsel, whether it is desirable and in the best interest of the Company, its creditors, its shareholders and other interested parties, to file a voluntary petition under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**Further Resolved**, that Brian Weiss with BSW & Associates ("BSWA") shall be retained as the Chief Restructuring Officer of the Company and BSWA shall also serve in the capacity of Financial Advisors based on the terms set in their engagement letter. Brian Weiss shall be granted sole authority to make all decisions with respect to bankruptcy and restructuring matters upon the filing of the chapter 11 bankruptcy petition. Brian Weiss in his capacity of Chief Restructuring Officer is hereby authorized to resolve at his sole discretion any perceived or actual conflicts of interest. Mr. Weiss is also authorized to serve as the sole signatory to forms, motions, bid procedures and lead negotiations with creditors on behalf of the Company unless he elects to delegate such authorities to the officers or directors of the Company. Mr. Weiss shall discuss all matters on a regular basis with the Company's Board of Directors.

**Further Resolved**, that in connection with pre-bankruptcy and bankruptcy services, Brian Weiss is authorized to sign the engagement letter with Arent Fox attached as Exhibit A and Jack Manoukian is authorized to transmit a retainer of $70,000.

Date:

*[signature]*

Dave Manoukian, Director


Date:

*[signature]*

Jack Manoukian, Director

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Avail Trading Corp., a California Corporation |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| George S. Bos c/o Jeffrey P. Lendrum LENDRUM LAW FIRM, A.P.C. 750 B. Street, Suite 3300 San Diego, CA 92101 | | Judgment (Case No. BC568792) | Contingent Unliquidated Disputed | | | $1,502,106.82 |
| Wolk & Levine 535 N. Brand Blvd. Ste 950 Glendale, CA 91203 | | Attorney | Disputed | | | $18,679.88 |
| US Bank PO Box 790408 Saint Louis, MO 63179 | | Credit Card | | | | $18,183.96 |
| TFA Global PTE 20 Maxwell Road #09-17 SINGAPORE 069113 | | Software | | | | $6,000.00 |
| Kaiser Permanente PO Box 23250 San Diego, CA 92193 | | Health Insurance | | | | $5,094.97 |
| Joseph Mazza 16 Broad St, Ste 102 Keyport, NJ 07735 | | CPA | | | | $3,250.00 |
| Travelers Indemnity Company Travellers Remittance Center PO Box 660317 Dallas, TX 75266 | | Workers Compensation | | | | $3,004.00 |

Debtor  **Avail Trading Corp., a California Corporation**                                            Case number *(if known)*
           Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Vladimir Ruscak<br>Safarikova 13<br>Presov, 08001<br>SLOVAKIA | | Consultant | | | | $3,000.00 |
| ECN2 Technologies<br>1220 W. Glenoaks Blvd<br>Glendale, CA 91201 | | Software | | | | $1,500.00 |
| Paychex, Inc.<br>500 N. Brand Blvd<br>Ste 1400<br>Glendale, CA 91203 | | Payroll Service Fee | | | | $224.81 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Aram Ordubegian (SBN 185142)<br>Arent Fox LLP<br>555 West Fifth Street<br>48th Floor<br>Los Angeles, CA 90013<br>213-629-7400<br>aram.ordubegian@arentfox.com | FOR COURT USE ONLY |
|---|---|
| ☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor Avail Trading Corp., a California Corporation | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION**

| In re:<br><br>Avail Trading Corp., a California Corporation<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: February 9, 2016

/s/ Brian Weiss
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: February 9, 2016

/s/ Aram Ordubegian
Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

Avail Trading Corp., a California Corporation
655 N. Central Ave. Ste. 1450
Glendale, CA 91203


Aram Ordubegian
Arent Fox  LLP
555 West Fifth Street
48th Floor
Los Angeles, CA 90013


ECN2 Technologies
1220 W. Glenoaks Blvd
Glendale, CA 91201


George S. Bos
c/o Jeffrey P. Lendrum
LENDRUM LAW FIRM, A.P.C.
750 B. Street, Suite 3300
San Diego, CA 92101


Joseph Mazza
16 Broad St, Ste 102
Keyport, NJ 07735


Kaiser Permanente
PO Box 23250
San Diego, CA 92193


Paychex, Inc.
500 N. Brand Blvd Ste 1400
Glendale, CA 91203


Superior Court of Los Angeles
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

TFA Global PTE
20 Maxwell Road #09-17
SINGAPORE 069113


Travelers Indemnity Company
Travellers Remittance Center
PO Box 660317
Dallas, TX 75266


US Bank
PO Box 790408
Saint Louis, MO 63179


Vladimir Ruscak
Safarikova 13
Presov, 08001
SLOVAKIA


Wolk & Levine
535 N. Brand Blvd. Ste 950
Glendale, CA 91203